JS-6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  TRENT SMITH, | Case No. 2:22-cv-07780-MEMF-PD |
| 12          Petitioner, | |
| 13      v. | **JUDGMENT** |
| 14  BRIAN BIRKHOLZ, Warden, | |
| 15          Respondent. | |

16
17      Pursuant to the Court's Order Dismissing Petition Without Prejudice (ECF No.
18  22), IT IS ADJUDGED that the Petition is dismissed without prejudice.
19
20  Dated: May 24, 2023

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

21
22
23
24
25
26
27
28